# EXHIBIT A

## STATUTORY DURABLE POWER OF ATTORNEY

## WILLIAM SLADE SULLIVAN

### November 27, 2007

# EXHIBIT A

## STATUTORY DURABLE POWER OF ATTORNEY
## GIVEN BY
## WILLIAM SLADE SULLIVAN

THE STATE OF TEXAS § 
§   KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF WILLIAMSON §

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, CHAPTER XII, TEXAS PROBATE CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, **WILLIAM SLADE SULLIVAN**, of 950 County Road 238, Florence, Texas 76527, appoint my friend, **AARON BROTHERS.**, of Houston, Texas, as my agent (attorney-in-fact) to act for me in any lawful way with respect to **all of the following powers except for a power that I have crossed out below.**

**TO WITHHOLD A POWER, YOU MUST CROSS OUT EACH POWER WITHHELD.**

> Real property transactions;
> Tangible personal property transactions;
> Stock and bond transactions;
> Commodity and option transactions;
> Banking and other financial institution transactions;
> Business operating transactions;
> Insurance and annuity transactions;
> Estate, trust, and other beneficiary transactions;
> Claims and litigation;
> Personal and family maintenance;
> Benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service;
> Retirement plan transactions;
> Tax matters.

IF NO POWER LISTED ABOVE IS CROSSED OUT, THIS DOCUMENT SHALL BE CONSTRUED AND INTERPRETED AS A GENERAL POWER OF ATTORNEY AND MY AGENT (ATTORNEY IN FACT) SHALL HAVE THE POWER AND AUTHORITY TO PERFORM OR UNDERTAKE ANY ACTION I COULD PERFORM OR UNDERTAKE IF I WERE PERSONALLY PRESENT.

### SPECIAL INSTRUCTIONS:

Special instructions applicable to gifts (initial in front of the following sentence to have it apply):

I grant my agent (attorney in fact) the power to apply my property to make gifts, except that the amount of a gift to an individual may not exceed the amount of annual exclusions allowed from the federal gift tax for the calendar year of the gift.


INITIALS

1

# EXHIBIT A

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____ none   WSS _____

_____

_____

     UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

     CHOOSE ONE OF THE FOLLOWING ALTERNATIVES BY CROSSING OUT THE ALTERNATIVE NOT CHOSEN:

(A)    This power of attorney is not affected by my subsequent disability or incapacity.
(B)    This power of attorney becomes effective upon my disability or incapacity.

     YOU SHOULD CHOOSE ALTERNATIVE (A) IF THIS POWER OF ATTORNEY IS TO BECOME EFFECTIVE ON THE DATE IT IS EXECUTED.

     IF NEITHER (A) NOR (B) IS CROSSED OUT, IT WILL BE ASSUMED THAT YOU CHOSE ALTERNATIVE (A).

     If Alternative (B) is chosen and a definition of my disability or incapacity is not contained in this power of attorney, I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician certifies in writing at a date later than the date this power of attorney is executed that, based on the physician's medical examination of me, I am mentally incapable of managing my financial affairs. I authorize the physician who examines me for this purpose to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney is fully protected from any action taken under this power of attorney that is based on the determination made by a physician of my disability or incapacity.

     I agree that any third party who receives a copy of this document may act under it. Revocation of the durable power of attorney is not effective as to a third party until the third party receives actual notice of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

     This document hereby revokes any prior power of attorney I may have executed, other than my health care power of attorney. This document may be revoked by the execution of a form by the principal revoking this document, which revocation shall be filed in the Real Property Records of Williamson County, Texas.

     If any agent named by me dies, becomes legally disabled, resigns, or refuses to act, I name the following (each to act alone and successively, in the order named) as successor(s) to that agent:

1.    My mother, ROSEMARY SULLIVAN of Georgetown, Texas.
2.    My friend, RICK GRACES of Corpus Christi, Texas.

                          Signed on November 27, 2007.

                                                            *(signature)*
                                                      WILLIAM SLADE SULLIVAN

# EXHIBIT A

STATE OF TEXAS §
§
COUNTY OF WILLIAMSON §

    This document was acknowledged before me on November 27, 2007 by WILLIAM SLADE SULLIVAN.



Notary Public, State of Texas

THE ATTORNEY IN FACT OR AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.