# EXHIBIT B

## JOSEPH A. TURNER, P.C.

ATTORNEYS AT LAW
1504 WEST AVENUE
AUSTIN, TEXAS 78701

(512) 474-4892
FAX: (512) 474-8252

\* JOSEPH A. TURNER
THOMAS M. VASQUEZ

JEFF N. WILSON
(1974 - 2006)

\* BOARD CERTIFIED CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

April 4, 2014

Round Rock Police Department
2701 N. Mays St.
Round Rock, TX 78665

      Re: Mr. William Slade Sullivan

Dear Sir,

      Broadus Spivey and I have been retained to represent the interest of William Slade Sullivan. In the early morning hours of March 21, 2014 we understand that officers of the Round Rock Police Department assaulted Mr. Sullivan. At the time, Mr. Sullivan was in the parking lot of Rick's Cabaret, located at 3105 S. Interstate 35, Round Rock. During the incident, and as a result of their actions, Mr. Sullivan sustained severe bodily injury.

      We are requesting that you preserve all audio and video recordings related to this event. We also are requesting copies of these recordings. Any other information you may have related to the event would also be appreciated.

      Please provide this information as promptly as possible.

                                                      Sincerely,

                                                       Joseph A. Turner

JAT/nt

# EXHIBIT B

# Sheets & Crossfield, P.C.

ATTORNEYS AT LAW
309 East Main Street • Round Rock, TX 78664-5246
Phone 512-255-8877 • fax 512-255-8986

April 17, 2014

Joseph A. Turner
Attorney at Law
1504 West Avenue
Austin, Texas 78701

RE:  Request for Records - William Slade Sullivan
     Round Rock Police Department

Dear Mr. Turner:

Our law firm represents the City of Round Rock, Texas. I am writing in response to your recent request made to the City of Round Rock pursuant to the Texas Public Information Act. The City believes that a portion of the records you requested are excepted or prohibited from disclosure by the Texas Public Information Act and has submitted a request for an open records decision to the Texas Attorney General. A copy of the City's correspondence to the Attorney General is enclosed.

Enclosed you will find copies of the remaining documents responsive to your request that are not being withheld pending that opinion. The costs associated with the production of the information **total $1.49**, comprised of $.30 for 3 copies at $.10 per copy and $1.19 for postage. Upon receipt, please forward the total amount in the form of a money order or check, **payable to the City of Round Rock**, to the following:

**City of Round Rock**
**Sara White, City Clerk**
**221 E. Main Street**
**Round Rock, Texas 78664**
**ATTN: Open Records Payment - 2884**

If you have any questions, please contact me.

Sincerely,

Susan Camp-Lee

Enclosures

cc:  Sara White, City Clerk

# EXHIBIT B

# Sheets & Crossfield, P.C.

ATTORNEYS AT LAW
309 East Main Street • Round Rock, TX 78664-5246
Phone 512-255-8877 • fax 512-255-8986

April 17, 2014

Open Records Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

RE: REQUEST FOR OPEN RECORDS DECISION

Dear General Abbott:

Our law firm represents the City of Round Rock, Texas ("City"). On April 4, 2014 the City received a request for police records related to a specific incident investigated by the Round Rock Police Department. A copy of the request is enclosed as Exhibit A. The request was for the following information:

"...William Slade Sullivan...March 21, 2014...parking lot of Rick Cabaret... all audio and video recordings related to this event...copies of these recordings. Any other information you may have related to the event..."

The incident referenced in the request is Round Rock Police Department case #14-0321-0007 which is a criminal investigation that resulted in arrest warrants being issued for Mr. Sullivan for Driving While Intoxicated and Interference with Public Duties. Those criminal cases are currently pending.

The City believes that a portion of the information responsive to the request is not subject to public disclosure pursuant to the Texas Public Information Act, except for the basic information regarding the offense as outlined in Houston Chronicle Publishing Co. v. City of Houston, 531 S.W.2d 177 (Tex.App.-Houston [14th Dist.] 1975), writ ref'd n.r.e. per curiam, 536 S.W.2d 559 (Tex. 1976) and Section 552.108(c) of the Texas Government Code. The information responsive to the request is enclosed as Exhibit B. The City is releasing the basic information.

<u>Exhibit B</u>

Section 552.108 of the Texas Public Information Act provides, in pertinent part;

> (a) Information held by a law enforcement agency or prosecutor that deals with the detection, investigation, or prosecution of crime is excepted from the requirements of Section 552.021 if:

**EXHIBIT B**

> (1) release of the information would interfere with the detection, investigation, or prosecution of crime;
>
> ........
>
> (b) An internal record or notation of a law enforcement agency or prosecutor that is maintained for internal use in matters relating to law enforcement or prosecution is excepted from the requirements of Section 552.021 if:
>
> > (1) release of the internal record or notation would interfere with law enforcement or prosecution;
> >
> > .........

All of the information enclosed in Exhibit B is information held by a law enforcement agency that deals with the detection, investigation or prosecution of a crime. The information relates to an investigation of the charges of Driving While Intoxicated and Interference with Public Duties. Those criminal cases are currently pending. Public disclosure of the details of the investigation at this time would seriously hamper the investigative and prosecution efforts of the law enforcement agency in this case because it is a pending case that has not yet been fully investigated or prosecuted.

Please issue an opinion regarding whether or not the City is required to provide the information in Exhibit B. If you have any questions or need additional information, please feel free to contact me at the above number. Thank you for your consideration in this matter.

Sincerely,

Susan Camp-Lee

Enclosures

cc: Joseph A. Turner
Attorney at Law
1504 West Avenue
Austin, Texas 78701
(w/out enclosures)

Sara White, City Clerk

# EXHIBIT B

## INCIDENT/INVESTIGATION REPORT

**Agency Name:** Round Rock Police Department
**ORI:** TX 2460500
**Case#:** 14-0321-0007
**Date / Time Reported:** 03/21/2014 03:37 Fri
**Last Known Secure:** 03/21/2014 03:37 Fri
**At Found:** 03/21/2014 03:37 Fri

** Contains Restricted Names **

### INCIDENT DATA

**Location of Incident:** 3105 S Ih 35, Round Rock TX 78664-
**Premise Type:** Parking Lot/garage
**Zone/Tract:** RRPD, D2

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Driving While Intoxicated 49.04 | M | | | | | |
| #2 | Interference With Public Duties 38.15 | M | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO:**

### VICTIM

**# of Victims:** 1  **Type:** SOCIETY / PUBLIC  **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Texas | 1, | | | | | | |

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:** **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | RODRIGUEZ, ROLANDO ALEX Restricted | | 02/09/1984 Age 30 | W | M | | Resident | |

**Home Address:** 3315 Winding Way Round Rock, TX 78664
**Home Phone:** 512-774-8391
**Employer Name/Address:** Ricks Caberet Security (SECURITY GUARD)
**Business Phone:** 512- -
**Mobile Phone:** 512-774-1610

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:** **Mobile Phone:**

### PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 999 | EVID | $0.00 | | 1 | PHOTO CD | | |
| 1 | 9916 | EVID | $0.00 | | 1 | STATEMENT | STATEMENT | |
| | VEH | IMPO | $0.00 | | 1 | 2011 WHI, CVH0284 TX | FORD F350 | 1FT7W2BT1BEC15165 |

**Officer/ID#:** ZOSS, N. J. (CHAR, C3) (1117)
**Invest ID#:** (0)
**Supervisor:** OSBORN, L. M. (ADAM, A1) (816)

**Status** — **Complainant Signature** — **Case Status:** Active/open Pending/warrant 03/21/2014 — **Case Disposition:** Warrant Obtained 03/21/2014 — Page 1

Printed By: SHANCOCK, HANCOCK  Sys#: 132709  04/07/2014 15:16:41

**EXHIBIT B**

INCIDENT/INVESTIGATION REPORT   By: SHANCOCK, HANCOCK   04/07/2014

Page 3

*Round Rock Police Department*

Case# 14-0321-0007

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
OSBORN, L.M. (816), JOHNSON, B.B. (4174), MOUNT, C.S. (1750), MAYO, K.A. (4182), BALLEW, A.P. (4178)

Suspect Hate / Bias Motivated:

Page 3

NARRATIVE

On 03-21-2014 at about 0337 hours, I responded to "Rick`s," 3105 S IH 35, Round Rock, Travis County, Texas, about a reported intoxicated patron attempting to drive away from the establishment.

After conducting a field investigation, I obtained arrest warrants for William Sullivan for Intefering with the duties of a Public Servant and Driving While Intoxicated. This case is active/Warrant obtained.

# EXHIBIT B

## Incident Report Suspect List

*Round Rock Police Department*

OCA: *14-0321-0007*

| 1 | Name (Last, First, Middle) *SULLIVAN, WILLIAM SLADE* | Also Known As | Home Address *902 RANCH RD GEORGETOWN, TX 78628--000* |
|---|---|---|---|
| | Business Address | | |

| DOB. *01/14/1970* | Age *44* | Race *W* | Sex *M* | Eth *N* | Hgt *511* | Wgt *350* | Hair *BRO* | Eye *BLU* | Skin | Driver's License / State. *14405765 TX* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | VIN |
| Notes | | | | | Physical Char | | |