Ex. H

## 911 Call

3:36 a.m., 44 seconds, March 21, 2014

| | |
|---|---|
| Dispatch | Round Rock Police. This is Rebecca. |
| RR | Hi, this is Roland Rodriguez, security officer here at Rick's. |
| Dispatch | Okay. |
| RR | I have a gentleman who's too intoxicated to drive. He's wanting to drive home. I know he lives in Florence. And uh he's in his vehicle right now. So we need an officer out here. |
| Dispatch | What kind of car is it? |
| RR | It's uh, he's pulling away right now, it's a Ford F-350, white. License plate number is Charles-Victor-Henry 0-2-8-4. |
| Dispatch | Which way is he going? |
| RR | He's still in the parking lot right now. He has it running. We've already instructed him not to drive. He's saying no, he got in the veh---, he got in his truck . . . |
| Dispatch | Is there just one person in the vehicle? |
| RR | Yeah, just one person. |
| Dispatch | Okay. |
| RR | Male, about I would about say 350 pounds. |
| Dispatch | Black, white, or Hispanic? |
| RR | White. [Dispatch talking over him.] |
| Dispatch | What color shirt does he have on? |
| RR | I think like a baby blue with shorts. I think his first name is Slade. |
| Dispatch | I've got officers on the way. Just keep an eye on him. Is he still in the parking lot? |
| RR | Still in the parking lot. |
| Dispatch | Is he trying to pull out or he is just parked right now? |

-2-

| | |
|---|---|
| RR | He's parked right now. I know . . . |
| Dispatch | The car is running? |
| RR | Excuse me? |
| Dispatch | The car is running? |
| RR | That is correct. |
| Dispatch | Okay. What's your name? |
| RR | Roland Rodriguez. |
| Dispatch | What's the phone number you're calling from Roland? |
| RR | 512/774-8391. |
| Dispatch | Okay. Just stay on the phone with me. I have officers on the way and just let me know if he pulls out, which way he goes, okay? |
| RR | Okay. |

**End**