UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROSEMARY SULLIVAN; and AARON BROTHERS, AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM SLADE SULLIVAN, DECEASED<br>　　*Plaintiffs*<br>v.<br>THE CITY OF ROUND ROCK, TEXAS; OFFICERS NATHAN J. ZOSS, KRISTEN A. MAYO, and AARON P. BALLEW; and RCI DINING SERVICES (ROUND ROCK), INC., and RCI HOSPITALITY HOLDINGS, INC. f/k/a RICK'S CABARET INTERNATIONAL, INC., d/b/a RICK'S CABARET<br>　　*Defendants* | CIVIL ACTION NO. 1:14-CV-00349-LY<br><br>JURY DEMANDED |

**APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT OFFICERS NATHAN J. ZOSS, KRISTEN A. MAYO, AND AARON P. BALLEW AND THE CITY OF ROUND ROCK'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Deposition Excerpts of Jason Cox |
| 2 | Deposition Excerpts of Officer Kristen Mayo |
| 3 | Officer Mayo Incident Report |
| 4 | Dashcam videos, BATES CORR 213 |
| 5 | Deposition Excerpts of Sgt. Nathan Zoss |
| 6 | Medical Examiner's Report, BATES CORR 234 |
| 7 | Arrest records, BATES CORR 228, 230 |
| 8 | Dr. Kirkham's Expert Report |
| 9 | Deposition Excerpts of Officer Ballew |

Respectfully Submitted,

COUNSEL FOR PLAINTIFFS

By: /s/ Broadus A. Spivey

|  |  |
|---|---|
| Joseph Turner | Broadus A. Spivey |
| State Bar No. 20322500 | State Bar No. 00000076 |
| ATTORNEY AT LAW | LAW OFFICES OF BROADUS A. SPIVEY |
| 1504 West Avenue | 3303 Northland Dr., Suite 205 |
| Austin, Texas 78701 | Austin, Texas 78731 |
| o: 512-474-4892  f: 512-474-8252 | o: 512-474-6061  f: 512-474-1605 |
| joeturnerpc@gmail.com | bas@spivey-law.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015, the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorneys of record:

*Attorneys for Defendants City and Officers:*

Archie Carl Pierce
Mike Thompson, Jr.
WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
o: 512-476-4600   f: 512-476-5382

*Attorneys for Defendant RCI:*

Darrell L. Barger
HARTLINE DACUS BARGER DRYER, L.L.P.
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
o: 713-951-4250   f: 713-652-2419

Brian S. Rawson
Larry D. Grayson
Roy B. McKay
HARTLINE DACUS BARGER DREYER, L.L.P.
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
o: 214-369-2100   f: 214-369-2118

/s/ Broadus A. Spivey
Broadus A. Spivey