**EXHIBIT 4**

# Police Dash Cam Videos

# CORR 213

(Sent to the Clerk via U.S. Postal Service on this date)