**EXHIBIT 7**

# WARRANT OF ARREST

Warrant # _____    Case # 14-0321-0007 _____

The State of Texas                                          Bond Amount $ _____
City of Round Rock
County of Travis _____                                Fine Amount $ _____

**THE STATE OF TEXAS**    VS.    William Cade Sullivan _____
                                                Aliases: _____

Race: W _____   Sex: M _____   DOB: 01-14-1970   Height: 511 _____   Insert Photo Here
Weight: 350 _____   Hair: BRO _____   Eyes: BLU _____
DL State & #: TX DL# 14405765 _____   SSN: _____
Home Address: 902 RANCH ROAD, GEORGETOWN, TX 78628 _____

Employer: _____   Home Phone #: _____
Work Address: _____   Work Phone #: _____

To any peace officer in the State of Texas, Greetings:
You are hereby commanded to arrest:

William Cade Sullivan _____, if to be found in your county, and bring _him_____ before me, a Judge in and for the City of Round Rock, Travis County _____, Texas, at my office in Round Rock___, in said county, on the **INSTANTER** day then and there to answer to the State of Texas for an offense against the laws of said State, to-wit:

Offense: INTERFERE WITH THE DUTIES OF A PUBLIC SERVANT-MISDEMEANOR B _____

Of which _he_____ is accused by the written complaint, under the oath of SGT NATHAN ZOSS _____,
filed before me. Herein fail not, but of this writ make due return, showing how you have executed the same.
Witness my official signature on this the _____ day of _____, 20_____.

_____

**Officer's Return:**
Came on hand this the _____ day of _____, 20_____.
And executed on this the _____ day of _____, 20_____.

By taking the Body of the within named Defendant, and
☐ Taking bond, which is herewith returned
☐ Placing the above named Defendant in the County Jail, Williamson County, Texas.

_____
Peace Officer, State Of Texas

RRPD Warrant of Arrest Travis-Williamson (E-Form)                              PD-050zz-13 (Rev 08/13)

**EXHIBIT 7**

# WARRANT OF ARREST

Warrant # _____        Case # 14-0321-0007 _____

The State of Texas                    Bond Amount $ _____
City of Round Rock
County of Travis _____               Fine Amount $ _____

**THE STATE OF TEXAS**        VS.    William Cade Sullivan _____
                                     Aliases: _____
                                     _____

Race: W_____    Sex: M_____    DOB: 01-14-1970    Height: 511 ___        Insert
Weight: 350 ___  Hair: BRO ___   Eyes: BLU ___                             Photo
                                                                           Here
DL State & #: TX DL# 14405765 _____    SSN: _____

Home Address: 902 RANCH ROAD, GEORGETOWN, TX 78628 _____

Employer: _____    Home Phone #: _____

Work Address: _____    Work Phone #: _____

---

To any peace officer in the State of Texas, Greetings:
You are hereby commanded to arrest:

William Cade Sullivan _____, if to be found in your county, and bring __him__ before me, a Judge in and for the City of Round Rock, Travis County _____, Texas, at my office in Round Rock __, in said county, on the **INSTANTER** day then and there to answer to the State of Texas for an offense against the laws of said State, to-wit:

Offense: DRIVING WHILE INTOXICATED-MISDEMEANOR B _____

Of which __he__ is accused by the written complaint, under the oath of SGT NATHAN ZOSS _____,
filed before me. Herein fail not, but of this writ make due return, showing how you have executed the same.
Witness my official signature on this the _____ day of _____, 20____.

_____

**Officer's Return:**
Came on hand this the _____ day of _____, 20_____.
And executed on this the _____ day of _____, 20____.

By taking the Body of the within named Defendant, and
☐ Taking bond, which is herewith returned
☐ Placing the above named Defendant in the County Jail, Williamson County, Texas.

_____
Peace Officer, State Of Texas

RRPD Warrant of Arrest Travis-Williamson (E-Form)                PD-050zz-13 (Rev 08/13)

**CORR 230**