IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSEMARY CLAUS SULLIVAN, ET AL., § | | |
| § | | |
| § | | |
| V. § | | A-14-CV-349-AWA |
| § | | |
| CITY OF ROUND ROCK, TEXAS, ET AL. § | | |
| § | | |

## ORDER OF DISMISSAL

Before the Court is the above-entitled cause of action. This matter was stayed pending appeal to the Fifth Circuit Court of Appeals. On October 24, 2016, the Fifth Circuit entered judgment reversing and remanding the District Court. The Fifth Circuit stated, "the order denying qualified immunity is **REVERSED**, and this matter is **REMANDED** for entry of dismissal as to the three officers and for further proceedings as needed." (Dkt. No. 213 at 10).

According, in light of the finding that they are entitled to qualified immunity, the Court **DISMISSES WITH PREJUDICE** all claims against Officers Nathan J. Zoss, Kristen A. Mayo, and Aaron P. Ballew.

The remaining parties are **ORDERED** to appear before the undersigned for a status conference on **Monday, November 7, 2016 at 10:30 a.m.**, for the purpose of discussing scheduling and other practical aspects of the case.

SIGNED this 27th day of October, 2016.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE