**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ROSEMARY CLAUS SULLIVAN, et al. | § | |
| | § | |
| V. | § | A-14-CV-349-AWA |
| | § | |
| RCI DINING SERVICES (ROUND ROCK) INC. | § § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on the 2nd day of October 2017, the Court called the above-styled and numbered cause for trial. The parties announced ready for trial, and the Court empaneled a jury of eight legally qualified jurors. The case proceeded to trial and after the Plaintiffs rested their case, the Defendant filed a motion for judgment pursuant to Rule 50 of the Federal Rules of Procedure, which the Court granted in part. Plaintiffs' remaining claims were submitted to the jury on October 5, 2017, and the jury returned its verdict on the same day, finding for the Defendant. Pursuant to the pleadings, evidence, and verdict of the jury, the Court enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiffs Rosemary Claus Sullivan and Aaron Brothers take nothing in this lawsuit against RCI Dining Services (Round Rock) Inc. IT IS FURTHER ORDERED that all costs of court are taxed against Plaintiffs Rosemary Claus Sullivan and Aaron Brothers. FINALLY, IT IS ORDERED that any pending motions in this action are DISMISSED AS MOOT, and the case is hereby CLOSED.

SIGNED this 27th day of October, 2017.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE